IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JUDY M. PETTIT**   **PLAINTIFF**

**V.**   **NO. 3:21-CV-176-DMB-JMV**

**CITY OF OXFORD, MISSISSIPPI**   **DEFENDANT**

## ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 3rd day of September, 2021.

        **/s/Debra M. Brown**
        **UNITED STATES DISTRICT JUDGE**